IGNATZ BOSKOWITZ, as Trustee for THE MECHANICS AND TRADERS' BANK, Appellant, v. ZERLINA HELD, Individually and as Executrix, et al., Defendants; A. H. MATTHEWS, Respondent.

*Boskowitz* v. *Held*, 15 App. Div. 306, affirmed.
(Argued June 7, 1897; decided June 15, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1897, which affirmed an order of Special Term relieving the purchaser at a sale under a judgment of foreclosure and sale from his purchase.

*Charles Strauss* for appellant.

*Edward E. Sprague* for respondent.

Order affirmed, with costs, on opinion below.
All concur, except GRAY, J., absent.